# EXHIBIT 3



BlueCross BlueShield of North Carolina

BlueAdvantage®
BlueSelect®
BlueValue℠
BlueLocal℠ with Duke Medicine and WakeMed
BlueLocal℠ with Carolinas HealthCare System

# 2016 HEALTH PLANS | For individuals and families



Case 3:16-cv-00311-RJC-DCK   Document 8-3   Filed 08/08/16   Page 2 of 16



**BlueAdvantage®**
**BlueSelect®**
**BlueValue℠**
**BlueLocal℠**
with Duke Medicine and WakeMed

**BlueLocal℠**
with Carolinas HealthCare System

# HEALTH CARE HAS CHANGED
## We're here to help

There's a lot to think about when you choose health insurance. Now with health care reform, there's even more you need to know. By choosing Blue Cross and Blue Shield of North Carolina (BCBSNC), you'll be with a company that's earned the trust of more North Carolinians than any other health insurance company.[1] We are the experts and we have a broad range of health plans available, so we can help you find the one that's right for you – and your budget.

**With our plans you'll enjoy:**

+ **Customer service to make using insurance easier** – Our customer service professionals are ready to answer your questions quickly and accurately.

+ **Easy-to-use online tools** – Blue Connect℠ is our new, enhanced member services experience. It's your source for all tools and what you need to know about your health plan. And you can use it on any mobile phone, tablet or laptop. Need to find a doctor? Planning for surgery? Can't remember all of your benefits? Blue Connect is customizable so what you need is ready for you right away. It's designed to make health care easier. And it's yet another benefit of choosing Blue.

+ **Doctor and hospital choices** – BCBSNC offers a range of network choices to meet your needs and budget. Depending on which plan you choose, the BCBSNC network you can use may include more than 92% of doctors and 98% of the hospitals in North Carolina.[2] (A network is a group of doctors, hospitals, pharmacies and other health care experts.)

+ **Your health plan goes where you go** – With BlueCard® your coverage extends worldwide, which means you have coverage at home and when you travel.[3]

# CHOOSE THE NETWORK that's right for you

| PROVIDER LOCATIONS | DOCTOR & HOSPITAL NETWORK | PHARMACY NETWORK | CHOOSE THIS PLAN IF YOU[11] |
|---|---|---|---|
| **BLUE LOCAL** with Duke Medicine and WakeMed | Limited, regional network | Limited pharmacy network | Want care from Duke Medicine and WakeMed doctors and hospitals and a limited pharmacy network |
| **BLUE LOCAL** with Carolinas HealthCare System | Limited, regional network | Limited pharmacy network | Want care from Carolinas HealthCare System and affiliated providers and a limited pharmacy network |
| **BLUE VALUE** | Limited network | Limited pharmacy network | Want to save on monthly premiums by using limited provider and pharmacy networks |
| **BLUE SELECT** | **Broad network** with tiered benefits | Limited pharmacy network | Want to manage costs by using select doctors and hospitals and a limited pharmacy network |
| **BLUE ADVANTAGE** | **Broadest network** of doctors and hospitals in North Carolina[2] | **Broad pharmacy network** | Want access to our broad provider and pharmacy networks |

To find out which networks include your favorite doctors and hospitals, go to *bcbsnc.com* and click on Find a Doctor.

Case 3:16-cv-00311-RJC-DCK   Document 8-3   Filed 08/08/16   Page 4 of 16

# BlueValue

Blue Value could be a good fit if you want savings on your monthly premium and don't have a strong doctor or hospital preference, or if you know your doctor or hospital is already in the limited network.

**BLUE VALUE** offers:

+ Lower costs through a limited network of providers and pharmacies
+ Two ways to pay for medical expenses: a plan with predictable copayments or deductible and coinsurance



### Availability

Blue Value is available to residents of these North Carolina counties:

+ Alamance
+ Alexander
+ Anson
+ Brunswick
+ Burke
+ Cabarrus
+ Caldwell
+ Caswell
+ Catawba
+ Chatham
+ Columbus
+ Davidson
+ Davie
+ Duplin
+ Durham
+ Forsyth
+ Franklin
+ Iredell
+ Johnston
+ Lee
+ Mecklenburg
+ New Hanover
+ Onslow
+ Orange
+ Pender
+ Person
+ Rowan
+ Stanly
+ Stokes
+ Surry
+ Union
+ Yadkin
+ Wake

| DEDUCTIBLE & COINSURANCE PLANS | IN-NETWORK BENEFIT ||||
|---|---|---|---|---|
| | Individual Deductible (Family=2x) | Individual Out-of-pocket Max (Family=2x) | Coinsurance | Prescription Drug Benefit |
| BLUE VALUE BRONZE 6850 | $6,850 | $6,850 | 0% | Integrated |
| BLUE VALUE BRONZE 5000[15] (HSA ELIGIBLE) | $5,000 | $6,550 | 20% | Integrated |

| COPAY PLANS | IN-NETWORK BENEFIT |||||||
|---|---|---|---|---|---|---|---|
| | Individual Deductible (Family=2x) | Individual Out-of-pocket Max (Family=2x) | Coinsurance | Primary Care Provider Copay | Specialist/Urgent Care Copay | Prescription Drug Deductible | Prescription Drug Benefit |
| BLUE VALUE CATASTROPHIC[16] | $6,850 | $6,850 | 0% | $35x3 | 0% | Integrated | 0% |
| BLUE VALUE SILVER 5000 | $5,000 | $6,850 | 30% | $25 | $50 | $300 | $10/$25/$50/$70/25% |
| BLUE VALUE SILVER 3500 | $3,500 | $6,850 | 30% | $25 | $50 | $200 | $10/$25/$50/$70/25% |
| BLUE VALUE SILVER 2500 | $2,500 | $6,850 | 30% | $30 | $60 | $200 | $10/$25/$50/$70/25% |
| BLUE VALUE GOLD 1000 | $1,000 | $4,000 | 20% | $15 | $30 | $0 | $10/$25/$45/$65/25% |
| BLUE VALUE PLATINUM 500 | $500 | $2,500 | 10% | $5 | $10 | $200 | $4/$10/$30/$50/25% |

Out-of-network (OON) deductible and OON out-of-pocket maximum (OOPM) are two times the in-network deductible and in-network OOPM
Member pays 30% more coinsurance when seeking services out of network
Integrated prescription drug benefits subject to the same deductible & coinsurance as other medical services
Prescription drug deductible must be met before receiving benefits
Emergency room copay is $500 on Silver & Gold Metallic copay plans and $300 on Platinum copay plans and subject to deductible & coinsurance on Bronze and Catastrophic plans


# BlueSelect®

Choose Blue Select if you want savings along with access to our largest network of doctors, specialists and hospitals. Blue Select offers two tiers of in-network benefits. You may choose from either tier, but for the highest quality and the most savings, choose from Tier 1.

**BLUE SELECT** offers:

+ Savings over Blue Advantage while still offering broad network access
+ Two tiers of in-network benefits
+ Copayments for predictable costs
+ Limited pharmacy network to help save you money
+ Providers located outside the state are included as Tier 1 providers through the BlueCard® network[3]

## How tiers work

+ Tier 1 doctors and hospitals received our top ratings for quality outcomes, cost-efficiency and accessibility
+ Tier 2 doctors and hospitals met our standards for quality outcomes, cost-efficiency and/or accessibility[17]



### Availability

Blue Select is available in all North Carolina counties *except*:

+ Alamance     + Franklin       + Rowan
+ Anson        + Johnston       + Stanly
+ Cabarrus     + Lee            + Union
+ Caswell      + Mecklenburg    + Wake
+ Chatham      + Orange
+ Durham       + Person

| | IN-NETWORK BENEFIT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TIERED NETWORK PLANS** | **Individual Deductible** (Family=2x) | **Individual Out-of-pocket Max** (Family=2x) | **Tier 1 Coinsurance** | **Tier 2 Coinsurance** | **Primary Care Provider Copay** | **Tier 1 Specialist/ Urgent Care Copay** | **Tier 2 Specialist Copay** | **Prescription Drug Deductible** | **Prescription Drug Benefit** |
| BLUE SELECT SILVER 5000 | $5,000 | $6,850 | 30% | 50% | $25 | $50 | $75 | $300 | $10/$25/$50/$70/25% |
| BLUE SELECT GOLD 1000 | $1,000 | $4,000 | 20% | 40% | $15 | $30 | $60 | $0 | $10/$25/$45/$65/25% |

Out-of-network (OON) deductible and OON out-of-pocket maximum (OOPM) are two times the in-network deductible and in-network OOPM
Member pays 30% more coinsurance when seeking services out of network
Integrated prescription drug benefits subject to the same deductible & coinsurance as other medical services
Prescription drug deductible must be met before receiving benefits
Emergency room copay is $500 on Silver & Gold Metallic copay plans and $300 on Platinum copay plans and subject to deductible & coinsurance on Bronze and Catastrophic plans
Tier 2 inpatient hospital admits incur a $500 surcharge copay in addition to being subject to deductible and coinsurance

# Blue Value℠
# 2014 Hospital Participation



| Hospital | City | Zip Code | County |
|---|---|---|---|
| Alamance Regional Medical Center | Burlington | 27215 | Alamance |
| Albemarle Hospital | Elizabeth City | 27909 | Pasquotank |
| Alleghany Memorial | Sparta | 28675 | Alleghany |
| Angel Medical Center | Franklin | 28744 | Macon |
| Annie Penn Memorial Hospital | Reidsville | 27320 | Rockingham |
| Ashe Memorial Hospital | Jefferson | 28640 | Ashe |
| Betsy Johnson Memorial | Dunn | 28335 | Harnett |
| Bladen County Hospital | Elizabethtown | 28337 | Bladen |
| Blowing Rock Hospital | Blowing Rock | 28605 | Watauga |
| Blue Ridge Regional | Spruce Pine | 28777 | Mitchell |
| Caldwell Memorial | Lenoir | 28645 | Caldwell |
| Cannon Memorial | Linville | 28646 | Avery |
| Cape Fear - Highsmith Rainey Specialty Hospital | Fayetteville | 28304 | Cumberland |
| Cape Fear Valley Medical Center | Fayetteville | 28302 | Cumberland |
| Carolina East Medical Center | New Bern | 28560 | Craven |
| Carteret General | Morehead City | 28557 | Carteret |
| Catawba Valley Medical Center | Hickory | 28602 | Catawba |
| Central Carolina Hospital | Sanford | 27330 | Lee |
| Chatham Hospital | Siler City | 27344 | Chatham |
| Chesapeake General | Chesapeake, VA | 23320 | Virginia |
| Columbus Regional | Whiteville | 28472 | Columbus |
| Davis Regional Medical Center | Statesville | 28677 | Iredell |
| Dosher Memorial Hospital | Southport | 28461 | Brunswick |
| FirstHealth Montgomery | Troy | 27371 | Montgomery |
| FirstHealth Moore Regional | Pinehurst | 28374 | Moore |
| FirstHealth Richmond Memorial Hospital | Rockingham | 28379 | Richmond |
| Frye Regional Medical Center | Hickory | 28601 | Catawba |
| Halifax Regional Medical Center | Roanoke Rapids | 27870 | Halifax |
| High Point Regional Hospital | High Point | 27262 | Guilford |
| Highlands-Cashiers Hospital | Highlands | 28741 | Macon |
| Hugh Chatham Hospital | Elkin | 28621 | Surry |
| Iredell Health System | Statesville | 28677 | Iredell |
| Lake Norman Regional Medical Center | Mooresville | 28117 | Iredell |
| Lenoir Memorial | Kinston | 28501 | Lenoir |
| Margaret R. Pardee | Hendersonville | 28791 | Henderson |
| Maria Parham Medical Center | Henderson | 27536 | Vance |
| Martin General Hospital | Williamston | 27892 | Martin |

**This data is current as of January 10, 2014.** Provider information is subject to change, and the most current information is available on our 'Find a Doctor' tool at www.bcbsnc.com, or through our customer service department.

Blue Value℠
2014 Hospital Participation



| Hospital | City | Zip Code | County |
|---|---|---|---|
| MedWest Harris | Sylva | 28779 | Jackson |
| MedWest Haywood | Clyde | 28721 | Haywood |
| MedWest Swain | Bryson City | 28713 | Swain |
| Mission Health System | Asheville | 28801 | Buncombe |
| Morehead Memorial | Eden | 27288 | Rockingham |
| Moses Cone - Wesley Long | Greensboro | 27403 | Guilford |
| Moses Cone - Women's Hospital | Greensboro | 27408 | Guilford |
| Moses Cone Memorial | Greensboro | 27401 | Guilford |
| Murphy Medical Center | Murphy | 28906 | Cherokee |
| Nash Health Care System | Rocky Mount | 27804 | Nash |
| NC Specialty Hospital | Durham | 27704 | Durham |
| New Hanover Regional Medical Center | Wilmington | 28401 | New Hanover |
| Northern Hospital of Surry | Mount Airy | 27030 | Surry |
| Novant Health Brunswick Medical Center | Bolivia | 28462 | Brunswick |
| Novant Health Charlotte Orthopedic Hospital | Charlotte | 28207 | Mecklenburg |
| Novant Health Forsyth Medical Center | Winston-Salem | 27103 | Forsyth |
| Novant Health Franklin Medical Center | Louisburg | 27549 | Franklin |
| Novant Health Huntersville Medical Center | Huntersville | 28078 | Mecklenburg |
| Novant Health Kernersville Medical Center | Kernersville | 27284 | Forsyth |
| Novant Health Matthews Medical Center | Matthews | 28105 | Mecklenburg |
| Novant Health Medical Park Hospital | Winston-Salem | 27103 | Forsyth |
| Novant Health Presbyterian Medical Center | Charlotte | 28204 | Mecklenburg |
| Novant Health Rowan Medical Center | Salisbury | 28144 | Rowan |
| Novant Health Thomasville Medical Center | Thomasville | 27360 | Davidson |
| Onslow Memorial | Jacksonville | 28540 | Onslow |
| Our Community Hospital | Scotland Neck | 27874 | Halifax |
| Park Ridge Hospital | Hendersonville | 28792 | Henderson |
| Pender Memorial | Burgaw | 28425 | Pender |
| Person Memorial | Roxboro | 27573 | Person |
| Randolph Hospital | Asheboro | 27203 | Randolph |
| Rex Healthcare | Raleigh | 27607 | Wake |
| Rutherford Hospital | Rutherfordton | 28139 | Rutherford |
| Sampson Regional | Clinton | 28328 | Sampson |
| Sandhills Regional | Hamlet | 28345 | Richmond |
| Southeastern Regional | Lumberton | 28358 | Robeson |
| The McDowell Hospital | Marion | 28752 | McDowell |
| The Outer Banks Hospital | Nags Head | 27959 | Dare |

**This data is current as of January 10, 2014.** Provider information is subject to change, and the most current information is available on our 'Find a Doctor' tool at www.bcbsnc.com, or through our customer service department.

Case 3:16-cv-00311-RJC-DCK   Document 8-3   Filed 08/08/16   Page 8 of 16

Blue Value℠
2014 Hospital Participation



| Hospital | City | Zip Code | County |
|---|---|---|---|
| UNC Hospitals | Chapel Hill | 27514 | Orange |
| Transylvania Regional | Brevard | 28712 | Transylvania |
| Vidant Beaufort Hospital | Washington | 27889 | Beaufort |
| Vidant Bertie Hospital | Windsor | 27983 | Bertie |
| Vidant Chowan Hospital | Edenton | 27932 | Chowan |
| Vidant Duplin Hospital | Kenansville | 28349 | Duplin |
| Vidant Edgecombe Hospital | Tarboro | 27886 | Edgecombe |
| Vidant Medical Center | Greenville | 27835 | Pitt |
| Vidant Pungo Hospital | Belhaven | 27810 | Beaufort |
| Vidant Roanoke Chowan | Ahoskie | 27910 | Hertford |
| Wake Forest Baptist Health  - Lexington Medical Center | Lexington | 27292 | Davidson |
| Wake Forest Baptist Health - Baptist Medical Center | Winston-Salem | 27157 | Forsyth |
| Wake Forest Baptist Health - Brenner Children's | Winston-Salem | 27157 | Forsyth |
| Wake Forest Baptist Health - Davie Medical Center | Mocksville | 27028 | Davie |
| WakeMed | Raleigh | 27610 | Wake |
| WakeMed Cary | Cary | 27518 | Wake |
| Washington County Hospital | Plymouth | 27962 | Washington |
| Watauga Medical Center | Boone | 28607 | Watauga |
| Wilson Medical Center | Wilson | 27893 | Wilson |

**This data is current as of January 10, 2014.** Provider information is subject to change, and the most current information is available on our 'Find a Doctor' tool at www.bcbsnc.com, or through our customer service department.

# Compass Product Overview



**UnitedHealthcare Compass** is an innovative benefit plan for our Commercial members built on the fundamentals of patient-centered health. Members choose a primary care physician (PCP) to help them navigate to high-quality, cost-effective care. Compass is offered as an Individual Exchange plan in certain states with off Exchange versions when required by state law.

| Topic | Content |
|---|---|
| **Key Features** | <ul><li>Customized, more focused network of care providers tailored for Compass members.</li><li>Members are required to select a PCP to manage their health care needs.</li><li>The member's PCP must submit electronic referrals for members to see a network specialist physician.</li><li>Standard prior authorization and notification requirements apply.</li></ul> |
| **Benefits** | <ul><li>Compass has a limited network service area in certain states where coverage is available.</li><li>No coverage is provided outside the network service area, except for emergency and urgent services.</li></ul><br>**Product Models** \| **Network Care Provider With Required Referral** \| **Network Care Provider Without Required Referral** \| **Non-network Care Provider\***<br>Compass \| Network benefits \| No coverage\* \| No coverage<br>Compass Balanced \| Network benefits \| Lower benefits \| No coverage<br>Compass Plus \| Network benefits \| Lower benefits \| Non-network benefits<br><br>View the Compass network service area map on UnitedHealthcareOnline.com > Tools & Resources > Products & Services > UnitedHealthcare Compass.<br>*\* Except for emergency services and related admissions.* |
| **ID Cards** | Look for key differences on the member's ID card to identify plan type and benefit features:<br>❶ Individual Exchange identifier<br>❷ Plan requires PCP assignment; find the member's assigned PCP by using the Eligibility & Benefits application on Link. To access Link, please sign in to UnitedHealthcareOnline.com, and then click on the Eligibility & Benefits application.<br>❸ Type of Compass plan model and Referral Required indicator. For Harken Compass plans, go to HarkenHealth.com .<br>❹ Plans with additional network benefits have access to an additional network of care providers that provide urgent care, emergency services and pre-approved services. |

Insurance coverage provided by or through UnitedHealthcare Insurance Company, All Savers Insurance Company or its affiliates. Health plan coverage provided by UnitedHealthcare of Arizona, Inc., UHC of California DBA UnitedHealthcare of California, UnitedHealthcare of Colorado, Inc., UnitedHealthcare of New York, Inc. UnitedHealthcare of Oklahoma, Inc., UnitedHealthcare of Oregon, Inc., UnitedHealthcare of Pennsylvania, Inc., UnitedHealthcare of Texas, Inc., UnitedHealthcare Benefits of Texas, Inc., UnitedHealthcare of Utah, Inc. and UnitedHealthcare of Washington, Inc. or other affiliates. Administrative services provided by United HealthCare Services, Inc. OptumRx, OptumHealth Care Solutions, Inc. or its affiliates. Behavioral health products are provided by U.S. Behavioral Health Plan, California (USBHPC), United Behavioral Health (UBH) or its affiliates.Doc#: PCA-1-002209-06072016-07082016



*Note: Sample health care ID cards are for illustration only*

| | |
|---|---|
| **Referrals** | **Referral Submission Requirements:**<br>• Referrals must be submitted by the member's PCP or a PCP within the same tax ID number.<br>• Referrals can be backdated up to five calendar days prior to the date of entry.<br><br>**Eligible services that do not require a referral include:**<br>• Services from physicians with the same tax ID as the member's PCP*<br>• Network OB/GYNs, including perinatologists<br>• Network urgent care centers or convenience clinics<br>• Routine refractive eye exams from network providers<br>• Mental health disorder and substance abuse services from network behavioral health clinicians<br>• Services from pathologists, radiologists or anesthesiologists<br>• Services in emergency rooms or emergency ambulances<br>• Physician services for emergency unscheduled admissions<br>• Any services from facility-based inpatient/outpatient network consulting physicians, network assisting surgeons, network co-surgeons, or network team surgeons<br>• Any non-physician services, not billed by a specialist, including:<br>   o Outpatient labs, X-rays or diagnostics<br>   o Physical therapy and network rehabilitation services, with the exception of physician services such as manipulative treatment and vision therapy<br>   o Durable medical equipment, home health, prosthetic devices and hearing aids<br>• Other network services for which applicable laws do not allow a referral requirement<br>   o Chiropractic care (up to 26 visits for MO only) - AZ, GA, KY, MO, WA, WI<br>   o Optometry and Ophthalmology - AR, CO, GA<br>   o Dermatology - GA<br>   o Optometry - AL<br>   o Chiropractic care, Podiatry, Dermatology (5 visits) - FL<br><br>*\* PCPs are encouraged to submit referrals to best support the accuracy of claims processing when PCP assignments change and to keep members informed about their specialists.* |
| **Online Resources** | **Navigate Information**: UnitedHealthcareOnline.com > Tools & Resources > Products & Services > UnitedHealthcare Compass.<br><br>**Prior Authorization and Notification Requirements**: UnitedHealthcareOnline.com > Clinician Resources > Advance and Admission Notification Requirements. |
| **Contact Us** | If you have questions related to your participation agreement, please contact your Network Management representative listed at uhc.com/contact. For general questions, call 877-842-3210. |

Insurance coverage provided by or through UnitedHealthcare Insurance Company, All Savers Insurance Company or its affiliates. Health plan coverage provided by UnitedHealthcare of Arizona, Inc., UHC of California DBA UnitedHealthcare of California, UnitedHealthcare of Colorado, Inc., UnitedHealthcare of New York, Inc. UnitedHealthcare of Oklahoma, Inc., UnitedHealthcare of Oregon, Inc., UnitedHealthcare of Pennsylvania, Inc., UnitedHealthcare of Texas, Inc., UnitedHealthcare Benefits of Texas, Inc., UnitedHealthcare of Utah, Inc. and UnitedHealthcare of Washington, Inc. or other affiliates. Administrative services provided by United HealthCare Services, Inc. OptumRx, OptumHealth Care Solutions, Inc. or its affiliates. Behavioral health products are provided by U.S. Behavioral Health Plan, California (USBHPC), United Behavioral Health (UBH) or its affiliates. Doc#: PCA-1-002209-06072016



08.04.2016

The network of doctors, facilities and medical groups is always changing. Before making an appointment, please check that the doctor, facility or medical group is in your network.

## Results for Hospitals

**21 In-Network Facilities** found within 50 miles of 28202    Compass

## Selected Sort/Filters

Distance

Our network of doctors and facilities is always evolving. **Before you make an appointment, always check that the doctor or facility participates in your network.** To find out, you can ask your doctor or facility or you can check on myuhc.com

**Novant Health Presbyterian Medical Center |** General Hospital

| | | | |
|---|---|---|---|
| 200 Hawthorne Ln<br>Charlotte NC 28204<br>704-384-4255 | Tier 2 Hospital | 2000 Wellness Blvd Ste 1100<br>Monroe, NC 28110<br>704-316-1180 | Tier 2 Hospital |
| 1800 E 4th St<br>Charlotte NC 28204<br>888-844-0080 | Tier 2 Hospital | 2900 Randolph Rd<br>Charlotte, NC 28211<br>704-384-7140 | Tier 2 Hospital |
| 8401 Medical Plaza Dr<br>Charlotte NC 28262<br>704-384-1580 | Tier 2 Hospital | , | |

**Novant Health Hemby Childrens Hospital |** General Hospital

| | | |
|---|---|---|
| 200 Hawthorne Ln<br>Charlotte NC 28204<br>704-384-1300 | | , |

**Novant Health Charlotte Outpatient Srgry |** General Hospital

| | | |
|---|---|---|
| 1800 E 4th St<br>Charlotte NC 28204<br>704-384-1300 | | , |

**Novant Health Charlotte Orthopedic Hospital |** General Hospital

| | | |
|---|---|---|
| 1901 Randolph Rd<br>Charlotte NC 28207<br>704-316-2000 | Tier 2 Hospital | , |

**Novant Health Imaging Museum |** General Hospital

| | |
|---|---|
| 2900 Randolph Rd<br>Charlotte NC 28211<br>704-384-7180 | , |

**Novant Health Imaging University |** General Hospital

| | |
|---|---|
| 8401 Medical Plaza Dr<br>Charlotte NC 28262<br>704-384-1580 | , |

**Novant Health Matthews Medical Center |** General Hospital

| | | |
|---|---|---|
| 1500 Matthews Township Pkwy<br>Matthews NC 28105<br>704-384-4277, 704-384-6500 | Tier 2 Hospital | , |

**Novant Health Diabetes Center |** General Hospital

| | |
|---|---|
| 1500 Matthews Township Pkwy<br>Matthews NC 28105<br>704-384-1300 | , |

**Novant Health Huntersville Medical Center |** General Hospital

| | | |
|---|---|---|
| 10030 Gilead Rd<br>Huntersville NC 28078<br>704-384-4920, 704-316-4000 | Tier 2 Hospital | , |

**Novant Health Breast Center |** General Hospital

| | |
|---|---|
| 10030 Gilead Rd Ste 330<br>Huntersville NC 28078<br>704-316-5535 | , |

**Caromont Regional Medical Center |** General Hospital

| | |
|---|---|
| 2525 Court Dr<br>Gastonia NC 28054<br>704-834-2000 | 440 McAlister Rd<br>Lincolnton, NC 28092<br>704-735-6637 |

**Novant Health Imaging Monroe |** General Hospital

| | |
|---|---|
| 2000 Wellness Blvd Ste 110<br>Monroe NC 28110<br>704-316-1180 | , |

**Lake Norman Regional Medical Center |** General Hospital

| | |
|---|---|
| 171 Fairview Rd<br>Mooresville NC 28117<br>704-660-4000, 704-660-4012 | , |

**Novant Health Julian Road O/P Surgery |** General Hospital

| | |
|---|---|
| 514 Corporate Cir<br>Salisbury NC 28147<br>704-210-5692 | , |

**Novant Health Rowan Medical Center |** General Hospital

| | | | |
|---|---|---|---|
| 612 Mocksville Ave<br>Salisbury NC 28144<br>704-210-5000 | Tier 2 Hospital | 514 Corporate Cir<br>Salisbury, NC 28147<br>704-210-5000 | Tier 2 Hospital |

**Iredell Memorial Hospital |** General Hospital

| | |
|---|---|
| 557 Brookdale Dr<br>Statesville NC 28677<br>704-873-0281, 704-873-5661 | , |

**Davis Regional Medical Center |** General Hospital

| | |
|---|---|
| 218 Old Mocksville Rd<br>Statesville NC 28625<br>704-873-0281 | , |

**Novant Health Forsyth Medical Center |** General Hospital

| | | |
|---|---|---|
| 276 Old Mocksville Rd Ste 800<br>Statesville NC 28625<br>704-873-5150 | Tier 2 Hospital | , |

**Catawba Valley Medical Center |** General Hospital

| | | | |
|---|---|---|---|
| 810 Fairgrove Church Rd<br>Hickory NC 28602<br>828-326-3000 | Tier 2 Hospital | 50 Macedonia Church Rd<br>Taylorsville, NC 28681<br>828-632-7076 | Tier 2 Hospital |

**Frye Regional Medical Center |** General Hospital

| | |
|---|---|
| 420 N Center St<br>Hickory NC 28601<br>828-315-5000 | 1 3rd Ave NW<br>Hickory, NC 28601<br>828-328-2226 |
| 263 2nd Ave NW Ste 101<br>Hickory NC 28601<br>828-328-2226 | 1781 Tate Blvd SE<br>Hickory, NC 28602<br>828-315-7030 |

118 3rd Ave NW
Hickory NC 28601
828-328-2226

,

**Davie County Hospital |** General Hospital

223 Hospital St
Mocksville NC 27028
336-751-8100

,

The choice of provider is yours. This site only serves as a general educational aid concerning provider listings and information about providers. The site is not a substitute for medical or health care advice and does not serve as a recommendation for a particular provider or type of medical or health care. If you believe you are experiencing a medical emergency, please call 911.

This directory's provider information is updated weekly and may have changed. Please check with your provider before scheduling an appointment or receiving services to confirm whether they are participating. If you think any information in this directory is inaccurate, please let us know by clicking on 'Report Incorrect Information' on the specific provider's page, or calling the toll-free number on your member card for your health plan.

The network of doctors, facilities and medical groups is always changing. Before making an appointment, please check that the doctor, facility or medical group is in your network.