# ATTACHMENT A

# (Exhibit 5 to Answer)

# CONFIDENTIAL
# FILED UNDER SEAL
# MOTION TO SEAL
# PENDING

# EXHIBIT 5
## TO ANSWER

**CONFIDENTIAL
FILED UNDER SEAL
Motion to Seal Pending**