IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | ORDER |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Debbie W. Harden, concerning Richard A. Feinstein on August 9, 2016. Mr. Richard A. Feinstein seeks to appear as counsel *pro hac vice* for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolina Healthcare System. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Richard A. Feinstein is hereby admitted *pro hac vice* to represent Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System.

**SO ORDERED**.

Signed: August 10, 2016

David C. Keesler
United States Magistrate Judge