# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Postpone Initial Attorney Conference" (Document No. 21) filed August 23, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Postpone Initial Attorney Conference" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the requirement to hold the Initial Attorney's Conference and related obligations be suspended pending further order of the Court.

Signed: August 23, 2016

David C. Keesler
United States Magistrate Judge