IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Exhibit 5 To The Answer Of The Charlotte-Mecklenburg Hospital Authority" (Document No. 6) filed August 8, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting no objections have been filed, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal Exhibit 5 To The Answer Of The Charlotte-Mecklenburg Hospital Authority" (Document No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit 5 to Defendant's "Answer …" (Document No. 5) shall be sealed and remain under seal until further order of this Court.

Signed: August 26, 2016

_____
David C. Keesler
United States Magistrate Judge