**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-311-RJC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA,** ) ) ) | |
| **Plaintiffs,** ) ) ) | |
| v. ) ) | **ORDER** |
| **THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM,** ) ) ) ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Limited Supplemental Briefing On Impact Of The Second Circuit's Opinion In *United States v. Am. Express Co.*" (Document No. 34) filed September 29, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiffs' consent to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Limited Supplemental Briefing On Impact Of The Second Circuit's Opinion In *United States v. Am. Express Co.* (Document No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendant shall submit a supplemental memorandum of **no more than 10 pages** on or before **October 12, 2016**;

2. Plaintiffs shall submit a supplemental memorandum of **no more than 10 pages** on or before **October 25, 2016**; and

3. If Plaintiffs address matters outside the scope of the decision in <u>United States v. American Express</u> or raise arguments that do not fairly meet the arguments made in the Defendant's supplemental memorandum, Defendant may seek leave of Court to file a supplemental reply memorandum of no more than 5 pages.

**SO ORDERED**.

Signed: September 29, 2016

David C. Keesler
United States Magistrate Judge