IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, ) ) ) Plaintiffs, ) ) v. ) ) THE CHARLOTTE-MECKLENBURG ) HOSPITAL AUTHORITY, d/b/a ) CAROLINAS HEALTHCARE SYSTEM, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Enter A Protective Order Regarding Confidentiality" (Document No. 41) filed March 20, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Enter A Protective Order Regarding Confidentiality" (Document No. 41) is **GRANTED**.

**SO ORDERED**.

Signed: March 20, 2017

David C. Keesler
United States Magistrate Judge