**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-311-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Modify Order Suspending Initial Attorneys' Conference And Related Obligations" (Document No. 42) filed March 20, 2017.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Consent Motion To Modify Order Suspending Initial Attorneys' Conference And Related Obligations" (Document No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that effective immediately, any party in this action may serve discovery on any third party for documents, electronically stored information, or tangible things.

**SO ORDERED**.

Signed: March 20, 2017

David C. Keesler
United States Magistrate Judge