# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, ) ) ) Plaintiffs, ) ) v. ) ) THE CHARLOTTE-MECKLENBURG ) HOSPITAL AUTHORITY, d/b/a ) CAROLINAS HEALTHCARE SYSTEM, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Unopposed Motion For Entry Of An Order Compelling Production Of Certain Personnel Records" (Document No. 61) filed November 14, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Unopposed Motion For Entry Of An Order Compelling Production Of Certain Personnel Records" (Document No. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall produce the requested documents on or before **December 15, 2017**, as agreed by the parties:

Defendant shall produce to Plaintiffs, at the location set forth in Plaintiffs' pertinent requests for production, for each of Defendant's current or former employees who have been identified to-date on either party's witness list, consistent with any agreements that the Parties may have concerning the production of electronic discovery:

(a) all statements of work performed, performance appraisals, or lists of accomplishments;

(b) documents sufficient to show all aspects of the employee's possible or actual monetary and non-monetary compensation including performance incentives, bonuses, and access to the company's assets for personal use.

**SO ORDERED**.

Signed: November 14, 2017

David C. Keesler
United States Magistrate Judge