IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-311-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** ) |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, | ) ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 73) filed by James M. Dedman, IV, concerning John P. Elliott on April 26, 2018. Mr. John P. Elliott seeks to appear as counsel *pro hac vice* for non-party Aetna Health, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 73) is **GRANTED.** Mr. John P. Elliott is hereby admitted *pro hac vice* to represent non-party Aetna Health, Inc.

**SO ORDERED**.

Signed: April 27, 2018

David C. Keesler
United States Magistrate Judge