**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-311-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, ) ) ) Plaintiffs, ) ) v. ) ) THE CHARLOTTE-MECKLENBURG ) HOSPITAL AUTHORITY, d/b/a ) CAROLINAS HEALTHCARE SYSTEM, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Unopposed Motion For Entry Of An Order Compelling Production Of Certain Personnel Records" (Document No. 84) filed August 22, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Unopposed Motion For Entry Of An Order Compelling Production Of Certain Personnel Records" (Document No. 84) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall produce the requested documents on or before **September 21, 2018**, for each of Defendant's current or former employees that have been identified on any Party's final fact witness list, consistent with any agreement that the Parties have concerning production of electronic discovery:

    (a) all statements of work performed, performance appraisals, or lists of accomplishments;

(b) documents sufficient to show all aspects of the employee's possible or actual monetary and non-monetary compensation including performance incentives, bonuses, and access to the company's assets for personal use.

**SO ORDERED**.

Signed: August 22, 2018

David C. Keesler
United States Magistrate Judge