UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00311-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER

**THIS MATTER** comes before the Court on Plaintiffs' Unopposed Motion to Enter Joint Stipulation and Order and Stay the Action, (Doc. No. 87), filed November 15, 2018. Having carefully considered the motion and the record, and having separately entered the Joint Stipulation and Order Regarding the Proposed Final Judgment, the Court **GRANTS** Plaintiffs' unopposed motion to stay the action.

**IT IS FURTHER ORDERED** that the case is stayed and all litigation deadlines under the Amended Pretrial Order and Case Management Plan, (Doc. No. 70), are tolled while the proposed Final Judgment is the subject of proceedings under the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)-(h).

**SO ORDERED.**

Signed: December 14,

Robert J. Conrad, Jr.
United States District Judge