UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00311-RJC-DCK

| UNITED STATES OF AMERICA, and STATE OF NORTH CAROLINA, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | JOINT STIPULATION AND ORDER REGARDING THE |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a CAROLINAS HEALTHCARE SYSTEM, | ) ) ) ) | PROPOSED FINAL JUDGMENT |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on the Unopposed Motion of the Parties to Enter Joint Stipulation and Stay the Action, (Doc. No. 87). For good cause shown, the Court **GRANTS** the motion.

Plaintiffs, United States of America and State of North Carolina, and Defendant, The Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health f/k/a Carolinas HealthCare System (collectively, the "Parties"), by and through their attorneys, hereby stipulate, subject to approval and entry by the Court, as follows:

1. A proposed Final Judgment in the form attached hereto as Exhibit 1 may be filed and entered by the Court, upon the motion of any Party or upon the Court's own action, at any time after compliance with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16, ("APPA") and without further notice to any Party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed

Final Judgment by serving notice thereof on the Defendant and by filing the notice with the Court.

2. The Defendant agrees to arrange, at its expense, publication as quickly as possible of the newspaper notices required by the APPA, which shall be drafted by the United States in its sole discretion. The publication shall be arranged no later than three (3) business days after Defendant's receipt from the United States of the text of the notice and the identity of the newspapers within which the publication shall be made. The Defendant shall promptly send to the United States (1) confirmation that publication of the newspaper notices has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notices were published.

3. The Defendant agrees to abide by and comply with the provisions of the proposed Final Judgment, pending the Court's entry of the proposed Final Judgment, or until expiration of time for all appeals of any Court ruling declining entry of the proposed Final Judgment, and agrees, from the date of the signing of this Stipulation, to comply with all terms and provisions of the proposed Final Judgment. The United States shall have the full rights and enforcement powers in the proposed Final Judgment as though the same were in full force and effect as a final order of this Court entering the proposed Final Judgment.

4. This Stipulation will apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the Parties and submitted to the Court.

5. If (a) the United States has withdrawn its consent, as provided in Paragraph 1 above, or (b) the proposed Final Judgment is not entered pursuant to this Stipulation, the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the Parties are released from all further obligations under this Stipulation, and the making of this Stipulation shall be without prejudice to any Party in this or any other proceeding.

6. The Defendant represents that the actions it is required to perform pursuant to the proposed Final Judgment can and will be performed, and that the Defendant will later raise no claim of mistake, hardship or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

**SO ORDERED.**

Signed: December 14, 2018

_____

Robert J. Conrad, Jr.
United States District Judge

SO STIPULATED:

FOR PLAINTIFF
UNITED STATES OF AMERICA:

/s/ John R. Read
JOHN R. READ
KARL D. KNUTSEN
PAUL TORZILLI
Antitrust Division, U.S. Department of Justice
450 Fifth Street, N.W., Suite 4100
Washington, DC 20530
202/514.8349
Paul.Torzilli@usdoj.gov

/s/ Gill P. Beck
GILL P. BECK (N.C. Bar No. 13175)
Assistant United States Attorney
U.S. Courthouse Room 233
100 Otis Street
Asheville, NC 28801
(p) 828/271.4661
Gill.Beck@usdoj.gov

FOR DEFENDANT THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY:

/s/ James P. Cooney
JAMES P. COONEY
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
704/331.4900
Jim.Cooney@wbd-us.com

FOR PLAINTIFF
STATE OF NORTH CAROLINA:

JOSHUA H. STEIN
Attorney General

/s/ K.D. Sturgis
K.D. STURGIS
Special Deputy Attorney General
North Carolina Department of Justice
N.C. Bar Number 9486
P.O. Box 629
Raleigh, NC 27602
919/716.6011
ksturgis@ncdoj.gov